**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JOHN DOE**                                                                         **PETITIONER**

**v.**                                                           **No. 1:20CV113-MPM-DAS**

**STATE OF MISSISSIPPI**                                                **RESPONDENT**

**ORDER GRANTING PLAINTIFF'S MOTION
TO SEAL DOCUMENTS**

This matter comes before the court on the motion by the petitioner to place the petition and supporting documents in this case under seal. As the instant petition for a writ of *habeas corpus* and supporting documents reveal the name of the alleged victim of extortion, as well as sensitive medical information regarding the petitioner, the Clerk of the Court is **DIRECTED** to restrict access to these documents to parties only.

**SO ORDERED**, this, the 5th day of June, 2020.

                                                                       /s/ David A. Sanders
                                                                       DAVID A. SANDERS
                                                                       UNITED STATES MAGISTRATE JUDGE