IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOHN DOE**                                                  **PETITIONER**

**v.**                                                  **No. 1:20CV113-MPM-DAS**

**STATE OF MISSISSIPPI**                                    **RESPONDENT**

**ORDER *DISMISSING AS MOOT* PETITIONER'S MOTION [9] FOR
SERVICE OF PETITION AND MOTION [10] FOR
STATUS UPDATE**

This matter comes before the court on the motion [9] by the petitioner for the court to serve the Respondent with the instant petition for a writ of *habeas corpus* under 28 U.S.C. § 2241, as well as his motion [10] for a case status update. As the court has issued an order serving the State with the petition and setting a response deadline, these to motions [9], [10] are **DISMISSED** as moot.

**SO ORDERED**, this, the 17th day of March, 2021.

                                                       /s/ David A. Sanders
                                                       DAVID A. SANDERS
                                                       UNITED STATES MAGISTRATE JUDGE